IN THE UNITED STATES DISTRICT COURTS
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                              Case No. 4:12-cr-0213-07 KGB

FARRIS ELDON MAY                                                 DEFENDANT

## ORDER

The Court will conduct a status conference in this matter on Thursday, July 16, 2015, at 10:00 a.m. in Courtroom 4C at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, 72201.

The Clerk is directed to mail copies of this order to counsel for the defendant, James Clouette, and to the defendant Farris Eldon May.

It is so ordered this the 1st day of July, 2015.

_____
Kristine G. Baker
United States District Judge